UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62527-CIV-COHN-SELTZER

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
AMTRUST BANK,

      Plaintiff,

v.

HOMEBUYERS FINANCIAL, LLC, a
Florida limited liability company,

      Defendant/Third Party Plaintiff,

v.

INTISAR ELDER, BIJAN FARAHAN,
STEPHEN FREIBERG, DUANE
MICHAELSON, PATRICIA
MICHAELSON and CHRISTINE
MILLER,

      Third Party Defendants.

_____/

## DEFENDANT HOMEBUYERS FINANCIAL, LLC'S
## NOTICE OF ENTRY OF PARTIES

Defendant Homebuyers Financial, LLC ("HBF"), by and through undersigned counsel,

hereby gives notice of entry of the following third party defendants in this matter:

1.      Intisar Elder

2.      Bijan Farahan

3.      Stephen Freiberg

4.      Duane Michaelson

5.      Patricia Michaelson

6.      Christine Miller

CASE NO. 15-62527-CIV-COHN-SELTZER

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Homebuyers Financial, LLC*
Miami Tower – 44th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile:  305.349.2310


By:   s/Jessica Serell Erenbaum
   Michael D. Joblove, Esq.
   Florida Bar No.: 354147
   mjoblove@gjb-law.com
   Jessica Serell Erenbaum, Esq.
   Florida Bar No. 816000
   jerenbaum@gjb-law.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       **s./** Jessica Serell Erenbaum
        Attorney

2200-071 / #268

2

CASE NO. 15-62527-CIV-COHN-SELTZER

## <u>SERVICE LIST</u>

*Federal Deposit Insurance Corporation v. Homebuyers Financial, LLC*
CASE NO. 15-62527-CIV-COHN-SELTZER

Michael D. Joblove, Esq.
mjoblove@gjb-law.com
Jessica Serell Erenbaum, Esq.
jerenbaum@gjb-law.com
Genovese Joblove & Battista, P.A.
Miami Tower – 44th Floor
100 Southeast Second Street
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile:  305.349.2310
*Attorneys for Homebuyers Financial, LLC*


Josh A. Migdal, Esq.
jmigdal@sgfcounsel.com
George T. Breur, Esq.
gbreur@sgfcounsel.com
Stolzenberg, Gelles, Flynn & Arango LLP
1401 Brickell Ave., Suite 825
Miami, FL 33131
Telephone: 305.961.1450
Facsimile: 305.423.3979
*Attorneys for Federal Deposit Insurance*
*Corporation as Receiver for AmTrust Bank*